**Order filed April 18, 2013**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00729-CR

————————

**ROBERT MICHAEL RILEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 11CR2269**

---

## ORDER

Appellant is represented by counsel, **Tad A. Nelson**. Appellant's brief was originally due **December 21, 2012**. Two extensions of time have been granted, until April 10, 2013. On April 11, 2013, appellant's filed a third motion for extension of time, requesting 120 days. The motion is DENIED.

Appellant's brief is ordered filed in this court on or before May 20, 2013, or this appeal will be abated for a hearing in the trial court to determine the reason for the failure to file a brief. *See* Tex. R. App. P. 38.8(b).

PER CURIAM